CT Corporation

**Service of Process Transmittal**
04/07/2014
CT Log Number 524726987

**TO:**  Hattie Booth
Allstate Insurance Company
2775 Sanders Road, Corp Litigation --A2East
Northbrook, IL 60062-6127

**RE:**  **Process Served in California**

**FOR:**  Lincoln Benefit Life Company (Domestic State: NE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Kamies Elhouty, Pltf. vs. Lincoln Benefit Life Company, etc. and Does 1 through 10, inclusive, Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Notice, Cover Sheet, Instructions, Information, Form(s), Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Kern County - Superior Court - Bakersfield, CA<br>Case # S1500CV281548NFT |
| **NATURE OF ACTION:** | Insurance Litigation - Life Insurance Benefits - Complaint for Declaratory Relief |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 04/07/2014 at 13:13 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after this summons and legal papers are served on you |
| **ATTORNEY(S) / SENDER(S):** | Amanda M. Lucas<br>LeBeau-Thelen, LLP<br>5001 E. Commercecenter Drive, Suite 300<br>P.O. Box 12092<br>Bakersfield, CA 93389-2092<br>661-325-8962 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 04/08/2014, Expected Purge Date: 04/13/2014<br>Image SOP<br>Email Notification, Patti Cummings pgarq@allstate.com<br>Email Notification, Bill Boodro wboodro@allstate.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Nancy Flores |
| **ADDRESS:** | 818 West Seventh Street<br>Los Angeles, CA 90017 |
| **TELEPHONE:** | 213-337-4615 |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

4-7-14
1.13

| | SUM-100 |

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
LINCOLN BENEFIT LIFE COMPANY, a Nebraska corporation; DOES
1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
KAMIES ELHOUTY

---

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN

MAR 25 2014

TERRY McNALLY, CLERK
BY_____ DEPUTY

**ENDORSED**

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN<br>Metropolitan Division<br>1415 Truxtun Avenue, Bakersfield, CA, CA 93301 | **CASE NUMBER:**<br>*(Número del Caso):*<br>**281548**<br>**S-1500-CV** |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Amanda M. Lucas   (Bar # 248219)                          Fax No.: (661) 325-1127
LeBeau-Thelen, LLP                                         Phone No.: (661) 325-8962
5001 E. Commercenter Drive, Suite 300, Bakersfield, CA 93309

| DATE:<br>*(Fecha)* MAR 25 2014 | TERRY McNALLY, Clerk, by<br>*(Secretario)* M. SIMMER | , Deputy<br>*(Adjunto)* |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [✓] on behalf of *(specify):* Lincoln Benefit Life Company

   under: [✓] CCP 416.10 (corporation)          [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

[SEAL]

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]
**SUMMONS**
Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov
*LexisNexis® Automated California Judicial Council Forms*



# SUPERIOR COURT OF CALIFORNIA
## METROPOLITAN DIVISION
### 1415 TRUXTUN AVENUE, BAKERSFIELD, CA 93301

**PLAINTIFF**
KAMIES ELHOUTY

**DEFENDANT**
LINCOLN BENEFIT LIFE COMPANY

FOR COURT USE ONLY

ENDORSED

FILED
SUPERIOR COURT, METROPOLITAN DIVISION
COUNTY OF KERN

MAR 25 2014

TERRY McNALLY, CLERK
BY_____DEPUTY

**CASE NUMBER: S-1500-CV-281548, NFT**

### NOTICE OF ORDER TO SHOW CAUSE
### RE: CALIFORNIA RULES OF COURT, RULE 3.110

## TO PLAINTIFF AND PLAINTIFF'S COUNSEL:

**YOU ARE ORDERED TO APPEAR** ON **Jul 02, 2014** AT **8:30 AM** IN **DEPARTMENT 12** OF THE ABOVE ENTITLED COURT TO GIVE ANY LEGAL REASON WHY SANCTIONS SHALL NOT BE IMPOSED FOR FAILURE TO SERVE THE COMPLAINT ON ALL NAMED DEFENDANTS AND FILE PROOF(S) OF SERVICE WITH THE COURT WITHIN SIXTY (60) DAYS AFTER THE FILING OF THE COMPLAINT PURSUANT TO CALIFORNIA RULES OF COURT, RULE 3.110. ALL APPEARANCES ARE MANDATORY, UNLESS FIVE (5) COURT DAYS PRIOR TO HEARING DATE THE COURT HAS RECEIVED THE REQUIRED PROOF(S) OF SERVICE, THEN NO APPEARANCE IS NECESSARY.

**TERRY McNALLY**
Clerk of the Superior Court

DATE: Tuesday, March 25, 2014

By _____ Deputy
MARISSA M SIMMER

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Amanda M. Lucas (Bar # 248219)<br>LeBeau-Thelen, LLP<br>5001 E. Commercenter Drive, Suite 300<br>Bakersfield, CA 93309<br>TELEPHONE NO.: (661) 325-8962      FAX NO.: (661) 325-1127<br>ATTORNEY FOR (Name): Plaintiff KAMIES ELHOUTY | **FILED**<br>**KERN COUNTY**<br><br>MAR 1 9 2014<br><br>TERRY McNALLY, CLERK<br>BY_____ DEPUTY |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF **KERN**
STREET ADDRESS: 1415 Truxtun Avenue
MAILING ADDRESS:
CITY AND ZIP CODE: Bakersfield, CA 93301
BRANCH NAME: Metropolitan Division

CASE NAME:
Elhouty v. Lincoln Benefit Life Company

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| [X] Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | [ ] Limited<br>(Amount<br>demanded is<br>$25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | S-1500-CV 281548  NFT<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [X] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought (check all that apply): a. [X] monetary   b. [X] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action (specify): ONE (1)
5. This case [ ] is [X] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: March 19, 2014

Amanda M. Lucas
(TYPE OR PRINT NAME)                    ► _____
                                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov* |
|---|---|---|

*LexisNexis® Automated California Judicial Council Forms*

CM-010

**INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET**

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you must complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

**CASE TYPES AND EXAMPLES**

**Auto Tort**
Auto (22)--Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN
## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

Most civil disputes are resolved without filing a lawsuit and most civil lawsuits are
resolved without the necessity of a trial. The courts, community organizations and
private providers offer a variety of ADR processes to help people resolve disputes without a trial. Kern County
Superior Court encourages, and under certain circumstances may require, parties to try ADR before trial.
Courts have also found ADR to be beneficial when used early in the case process.

Below is some information about the potential advantages and disadvantages of ADR, the most common types
of ADR, and how to find a local ADR program or neutral. You may find more information about these ADR
processes at http://www.courts.ca.gov/programs/adr.htm.

### Possible Advantages and Disadvantages

ADR may have a variety of advantages or disadvantages over a trial, depending on the type of ADR process
used as well as the particular type of case involved:

**Possible Advantages**: Saves time; saves money; gives the parties more control over the dispute
resolution process and outcome; helps to preserve and/or improve party relationships.

**Possible Disadvantages**: May add additional cost to the litigation if ADR does not resolve the dispute;
procedures such as discovery, jury trial, appeals, and other protections may be limited or unavailable.

### Most Common Types of ADR

**Mediation**: A neutral person, or "mediator," helps the parties communicate in an effective and constructive
manner so the parties can try to resolve their dispute. The mediator does not decide the outcome, but helps the
parties to do so. Mediation is generally confidential, and may be particularly useful where on going
relationships are involved, such as between family members, neighbors, employers/employees or business
partners.

**Settlement Conferences**: A judge or another neutral person assigned by the court helps the parties to
understand the strengths and weaknesses of their case and to discuss settlement. The judge or settlement
conference neutral does not make a decision in the case but helps the parties to negotiate a settlement.
Settlement conferences may be particularly helpful when the parties have very different views about the likely
outcome of a trial in their case.

**Neutral Evaluation**: The parties briefly and informally present their facts and arguments to a neutral person
who is often an expert in the subject matter of the dispute. The neutral does not decide the outcome of the
dispute, but helps the parties to do so by providing them with a non-binding opinion about the strengths,
weaknesses and likely outcome of their case. Depending on the neutral evaluation process and the parties'
consent, the neutral may then help the parties try to negotiate a settlement. Neutral evaluation may be
appropriate if the parties desire a neutral's opinion about how the case might be resolved at trial, if the primary
dispute is about the amount of damages, or if there are technical issues the parties would like a neutral expert to
resolve.

**Arbitration**: The parties present evidence and arguments to a neutral person, or "arbitrator," who then decides
the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are generally more

C-ADR-100
(Rev. Jan. 24, 2012)    ALTERNATIVE DISPUTE RESOLUTION (ADR) INFORMATION PACKET    Page 1 of 2

relaxed. If the parties agree to *binding* arbitration, they waive their right to a jury trial and agree to accept the arbitrator's decision. With *nonbinding* arbitration, any party may reject the arbitrator's decision and request a trial. Arbitration may be appropriate when the parties want another person to decide the outcome of their dispute but would like to avoid the formality, time and expense of a trial, or desire an expert in the subject matter of their dispute to make a decision.

## Selecting an ADR Program and Neutral

Selecting an ADR program and neutral are important decisions. Be sure to learn about the rules of any program and the qualifications and required fees of any neutral you are considering. Some programs and neutrals do not charge the parties for their ADR services, but others may charge the parties administrative fees and/or fees for the neutral's time. Information about the various neutrals listed on the court's ADR Panel is available at www.kern.courts.ca.gov/home/civil/civilmediatorpanel. To find a private ADR program or neutral, you may search the internet, your local telephone or business directory, or legal newspaper for dispute resolution, mediation, settlement or arbitration services.

## Local ADR Programs

Kern County Superior Court has collaborated with the Kern County Bar Association, the Better Business Bureau and community representatives to establish alternative dispute resolution (ADR) programs which comply with legal requirements and provide a high quality of service to the public. The court currently sponsors programs such as arbitration and mediation in general civil cases (limited and unlimited) and may refer cases under $50,000 to mediation under local rules. Kern County Superior Court has also contracted with the Better Business Bureau (BBB) under the Dispute Resolution Programs Act (DRPA) to provide mediation services in small claims, unlawful detainer, civil harassment and probate matters. The services of the BBB are also available to the public whether or not a lawsuit has been filed. Other programs, similar to those existing in other California counties, are being investigated for their feasibility in Kern County. One such program is the Victim Offender Reconciliation Program (VORP) in juvenile court proceedings. More information about BBB Mediation Services is available at www.bbbmediation.org , or call toll free 800-675-8118, ext. 300 or 661-616-5252.

Although complaints about ADR neutrals in court programs are uncommon, Kern County Superior Court provides a complaint procedure. If you have a complaint or a concern about a neutral in any of this court's ADR programs, or simply a question about ADR, please contact the ADR Administrator at ADRAdministrator@kern.courts.ca.gov.

## Legal Representation and Advice

To participate effectively in ADR, it is generally important to understand your legal rights and responsibilities and the likely outcomes if you went to trial. ADR neutrals are not allowed to represent or to give legal advice to the participants in the ADR process. If you do not already have an attorney, the California State Bar or your local County Bar Association can assist you in finding an attorney. Information about obtaining free and low cost legal assistance is also available on the California Courts Web Site at www.courtinfo.ca.gov/selfhelp/lowcost.

For questions, please contact: ADR Administrator at ADRAdministrator@kern.courts.ca.gov or (661) 868-4957.
Additional ADR information can be found at www.kern.courts.ca.gov.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (*NAME AND ADDRESS*):    TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|
| ATTORNEY FOR (*NAME*). | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN | |
| STREET ADDRESS: | |
| CITY AND ZIP CODE: | |
| BRANCH NAME: | |
| PLAINTIFF: | |
| DEFENDANT: | |

| **ADR STIPULATION AND ORDER FORM** | CASE NUMBER: |
|---|---|

Pursuant to California Rule of Court 3.221(a)(4), the parties and their attorneys stipulate that all claims in this action will be submitted to the following alternative dispute resolution (ADR) process:

☐ Court-connected mediation pursuant to Local Rules (no fee or order required when filed within 10 days of Case Management Conference)
☐ Private Mediation
☐ Neutral Evaluation
☐ Binding Arbitration
☐ Referee/Special Master
☐ Settlement Conference with Private Neutral
☐ Non-binding Judicial Arbitration pursuant to CCP1141.10 et seq., and applicable Rules of Court
☐ Discovery will remain open until 30 days before trial
☐ Other _____

It is also stipulated that _____ (name of individual neutral, not organization)
has consented to and will serve as _____ (neutral fuction/process)
and that the session will take place on _____ (enter a FIRM date) and that all persons necessary to effect
a settlement and having full authority to resolve the dispute will appear at such session.

Date: _____

On behalf of Plaintiffs

_____          _____
(Type or print name)                        (Signature)

On behalf of Defendants

_____          _____
(Type or print name)                        (Signature)

**Attach additional signature pages if needed**
KC ADR-101 (Mandatory)
Page 1 of 2
(Rev. 2/2012)

# ADR STIPULATION AND ORDER FORM

ORDER:

Case Number: _____

☐ The ADR process is to be completed by _____
(date)

☐ The Case Management Conference currently set for _____
(date)

20_____, at _____ a.m./p.m. in Department _____
☐ is hereby vacated
☐ is not hereby vacated

☐ Mediation Status Review

☐ Case Status Review
re: _____

☐ Final Case Management Conference
Is set for _____, 20_____ at _____ a.m./p.m.
in Department _____

☐ Judicial Arbitration Order Review Hearing will be set by notice upon assignment of the arbitrator.

It is so ordered.

_____          _____
Date                               Judicial Officer of the Superior Court

1   Bob H. Joyce, Esq.  (SBN 84607)
    Andrew K. Sheffield, Esq.  (SBN 220735)
2   Amanda M. Lucas, Esq.  (SBN 248219)
    LAW OFFICES OF
3   LEBEAU -THELEN, LLP
    5001 E. Commercenter Drive, Suite 300
4   Mailing: P.O. Box 12092
    Bakersfield, California 93389-2092
5   Tele: (661) 325-8962; Fax: (661) 325-1127

FILED
KERN COUNTY

MAR 1 9 2014

TERRY McNALLY, CLERK
BY_____ DEPUTY

6   Attorneys for Plaintiff, KAMIES ELHOUTY

7

8             SUPERIOR COURT OF THE STATE OF CALIFORNIA

9         IN AND FOR THE COUNTY OF KERN-METROPOLITAN DIVISION

10                              **S-1500-CV 281548**

11  KAMIES ELHOUTY;                     CASE NO.

12                 Plaintiff,          **COMPLAINT FOR DECLARATORY
                                        RELIEF**
13  vs.
                                        CASE MANAGEMENT CONFERENCE:
14                                      Hearing Date: 9-15-14
    LINCOLN BENEFIT LIFE COMPANY, a     Time: 8:30AM
15  Nebraska corporation; DOES 1 through 10,
    inclusive.                          Department: 12
16                                      See CRC Rule 3.720 Et. Seq.
                 Defendants.
17

18

19        Plaintiff KAMIES ELHOUTY hereby alleges as follows:

20        1.    Plaintiff KAMIES ELHOUTY is, and at all times herein mentioned was, a

21  resident of Kern County, California.

22        2.    Plaintiff is informed and believes and thereon alleges that Defendant LINCOLN

23  BENEFIT LIFE COMPANY is, and at all times herein mentioned was, a Nebraska

24  corporation, authorized to do and doing business in the State of California as a life insurance

25  company.

26        3.    Plaintiff is ignorant of the true names and capacities, whether individual,

27  corporate, associate or otherwise, of Defendants DOES 1 through 10, inclusive, and for such

28  reason sues said Defendants by such fictitious names.  When Plaintiff ascertains their true

                                        1

                    **COMPLAINT FOR DECLARATORY RELIEF**

names and capacities, he will pray leave of court to amend this Complaint to set forth such true names and capacities. Plaintiff is informed and believes and thereon alleges that each Defendant sued herein by such fictitious name is responsible in some way for the events and happenings herein alleged.

4.   On or about February 26, 2006, Defendant issued its Flexible Premium Adjustable Life Insurance Policy No. 01N1288753 (hereinafter the "Policy"), pursuant to the request and application by and on behalf of the insured, Salim Friwat in the face amount of $2,000,000.00.

5.   Plaintiff subsequently acquired ownership of the Policy and has made all required premium payments under the Policy since obtaining ownership.

6.   The Policy provides that premium payments may be made within 61 days of the due date. The Policy also provides that Defendant is required to send written notice to the owner at least 30 days prior to cancellation or lapse of the Policy.

7.   Defendant sent Plaintiff a "Notice of Planned Payment" dated July 24, 2013, regarding an upcoming quarterly premium payment in the amount of $31,250.00 that was due on August 23, 2013.  A true and correct copy of the Notice of Planned Payment is attached hereto as "Exhibit A."

8.   On September 23, 2013, Plaintiff paid the quarterly premium by way of two credit card payments over the telephone, the first in the amount of $15,000.00, and the second in the amount of $16,250.00.  These payments posted to Plaintiff's account on September 25, 2013. A true and correct copy of Plaintiff's credit card statement reflecting these payments to Defendant is attached as "Exhibit B."  Defendant accepted the credit card payments from Plaintiff, and Defendant has not returned or refunded any of these payments.

9.   Thereafter, Plaintiff received a letter from Defendant notifying him that, as of September 22, 2013, the grace period for the premium payment had expired and the Policy had lapsed. A copy of this letter is attached hereto as "Exhibit C."

10.   Plaintiff never received a 30-day notice of lapse of coverage from Defendant, which was required under the Policy.

2

11.     Plaintiff attempted payment of the quarterly premium due on January 23, 2014, and Defendant rejected the payment claiming that the Policy had lapsed for non-payment of premium.

12.     An actual controversy has arisen and now exists between Plaintiff and Defendant concerning their respective rights and duties in that Plaintiff contends the Policy never lapsed and remains in full effect because of Defendant's acceptance of the premium payments he made on September 23, 2013, and Defendant disputes these contentions and contends that the Policy lapsed for failure to pay the premium.

13.     Plaintiff desires a judicial determination of his rights and duties, and a declaration as to whether the Policy remains in full effect. A judicial declaration is necessary and appropriate at this time under the circumstances in order that Plaintiff may ascertain his rights and duties under the Policy.

14.     Plaintiff has incurred attorneys' fees and costs as a result of these proceedings to date, and will incur additional costs and fees hereafter.

WHEREFORE, Plaintiff prays judgment as follows:

1.     For a declaration that Policy No. 01N1288753 remains in full force and effect and did not lapse for non-payment of premium;

2.     For a declaration that the Notice of Planned Payment did not constitute the 30-day notice of cancellation or lapse as required under the Policy;

3.     For Plaintiff's costs of suit herein; and

4.     For such other and further relief as the court may deem just and proper.

Dated: March 19, 2014                    LeBeau-Thelen, LLP


                                         By: _____
                                         AMANDA M. LUCAS, ESQ.
                                         Attorneys for Plaintiff, KAMIES
                                         ELHOUTY

3

**COMPLAINT FOR DECLARATORY RELIEF**

LINCOLN BENEFIT LIFE
AN ALLSTATE COMPANY

Lincoln Benefit Life Company
PO Box 4922
Carol Stream, IL 60197-4922

RAMEF SCHOUTY

Insured(s):         Salim Friwat

Policy Number:      [0IN1288753]

Your representative:
                    Contract

RECEIVED   JAN 2 1 2014

| Planned Payment by August 23, 2013 | $35,250.00 |
| Premium Payment Mode | Quarterly |

KICK START YOUR
FINANCIAL DREAMS.
enter Allstate's Financial Priorities
Sweepstakes for a chance to
WIN $2,900 and expert help.
Go to allstate.com/bank today!

Please submit the payment shown above to ensure your insurance coverage stays in force. See details on page 2

*Detach bottom portion here*

PLEASE TURN OVER THE PAYMENT STUB BEFORE INSERTING INTO THE RETURN ENVELOPE.

Please return the bottom portion of your notice along with your payment (cash not accepted) in U.S. funds made payable to Lincoln Benefit Life Company with division of payment indicated.

| Please Pay This Amount by August 23, 2013 | $35,250.00 |

LINCOLN BENEFIT LIFE
AN ALLSTATE COMPANY

*9/23/13*

*#77635162*

Insured
Salim Friwat

Policy
0IN1288753

Please indicate change of address
Name _____
Street _____
City _____ State _____
ZIP _____ Phone(___)_____
E-mail _____



0002401363D1N1288753000031250000900000000000

# EXHIBIT A



**Platinum Card®**

KAMIES M ELHOUTY
Closing Date 09/27/13

p. 3/11

Account Ending 9-61007

| **Payments and Credits** | | | |
| --- | --- | --- | --- |
| **Summary** | | | |
| | Pay In Full | Pay Over Time ♦ | Total |
| Payments | | | |
| Credits | | | |
| Total Payments and Credits | | | |

| **Detail**   *Indicates posting date | Amount |
| --- | --- |
| Payments | |

| **New Charges** | | | |
| --- | --- | --- | --- |
| **Summary** | | | |
| | Pay In Full | Pay Over Time ♦ | Total |
| Total New Charges | | | |

| **Detail** | |
| --- | --- |
| KAMIES M ELHOUTY<br>Card Ending 9-61007 | Amount |

| 09/25/13 | AIC LINCOLN BENEFIT 800-525-2799    IL<br>INSURANCE | $15,000.00 |
| --- | --- | --- |

# EXHIBIT B

Continued on reverse

KAMIES M ELHOUTY                Account Ending 9-61007                        p. 4/11

## Detail Continued

| | | Amount |
|---|---|---|
| 09/25/13 | AIC LINCOLN BENEFIT 800-525-2799   IL<br>INSURANCE | $16,250.00 |

## Fees

| | Amount |
|---|---|
| Total Fees for this Period | $0.00 |

## Interest Charged

| | Amount |
|---|---|
| Total Interest Charged for this Period | $0.00 |

## 2013 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2013 | |
| Total Interest in 2013 | $0.00 |

## Interest Charge Calculation

Your Annual Percentage Rate (APR) is the annual interest rate on your account.

| | Transactions Dated | | Annual Percentage Rate | Balance Subject to Interest Rate | Interest Charge |
|---|---|---|---|---|---|
| | From | To | | | |
| Sign & Travel - POS | 09/23/2011 | | 18.24% (v) | $0.00 | $0.00 |
| Select & Pay Later | 09/23/2011 | | 18.24% (v) | $0.00 | $0.00 |
| Total | | | | | $0.00 |
| (v) Variable Rate | | | | | |

## Important Notice
### Information on Pay Over Time Features

You may have access to one or more Pay Over Time Features as part of your Card account. The following are the current Annual Percentage Rates (APRs) for Pay Over Time Features. (v) indicates variable rate.

For Sign & Travel - POS, the APR is 18.24% (v).
For Select & Pay Later, the APR is 18.24% (v).

Please refer to page 2 for further important information regarding your account

Information as of September 22, 2013

## LINCOLN BENEFIT LIFE
### AN ALLSTATE COMPANY

Lincoln Benefit Life Company
PO Box 660191
Dallas, TX 75266-0191

Page 1 of 11

Insured(s):        **Salim Friwat**

Policy Number:     **01N1288753**

Your representative:

                   **Contract**

KAMIES ELHOUTY

Dear Kamies Elhouty,

**Your Policy Has Lapsed**
It's our goal to always keep you updated about important policy matters. With that in mind, we want you to know that the grace period for your premium payment has expired, and your policy has lapsed. Please be aware that you no longer have the protection that your policy provided.

**How to Reinstate**
Please contact us at 800-525-9287 for the amount of premium that will be required to reinstate your policy. Please submit the required premium along with the enclosed Application for Reinstatement. Checks for premium will be deposited when received. That deposit does not bind coverage; upon underwriting approval your coverage will be restored. If coverage cannot be reinstated, we will refund the premium received.

**Possible Tax Implications of Loan**
There are rules under Federal tax law that affect whether the lapse is taxable to you and, if you decide to reinstate your policy, whether you will be able to avoid those taxes.

If your policy lapsed with an outstanding loan, that loan, and any accrued but uncapitalized interest, is taxable to you as ordinary income to the extent they exceeded your cost basis. If your policy was a modified endowment contract (MEC) and you were under age 59 1/2 at the time of the lapse, the taxable amount of the loan may also have been subject to a 10 % penalty. Under Federal tax law, we are required to report any income triggered at the time of the lapse to you and to the IRS on an IRS Form 1099R.

# EXHIBIT C



Your policy may be reinstated within the time period provided by your policy. Your policy also gives you the right to reinstate any loans outstanding at the time of the lapse. You should carefully consider whether you want to reinstate your policy and, if you do, whether you want to reinstate any policy loans. Even though you reinstate your policy and/or your policy loans, you may still be subject to the income taxes and penalties triggered by your policy's lapse. There are several Federal tax rules you should keep in mind as you decide whether you should reinstate your policy and, if you do reinstate the policy, whether you want to reinstate any loans that existed at the time of the lapse.

- If you reinstate your policy within 90 days of its lapse, the lapse will not be treated as a taxable event and we are not required to report the lapse to you or the IRS - even if you had an outstanding loan at the time of the lapse.
- If you reinstate your policy after 90 days of the lapse, you will not be able to avoid any taxation triggered at the time of the lapse and we will still be required to report the lapse to you and the IRS - even if you reinstate a loan.

Unless you elect otherwise, we will take the following action regarding reinstating your loan:

- If you are reinstating within 90 days of the date of lapse, we will reinstate your loan.
- If you are reinstating after 90 days of the date of lapse, we will not reinstate your loan

If you choose to reinstate your policy, please complete and return the enclosed loan reinstatement election form along with your reinstatement application.

**Possible Tax Implications - MEC**
If your policy lapsed during a 7-pay period and you reinstate your policy after 90 days of the lapse, your reinstated policy will be a (MEC). A policy is in a 7-pay period if it is within 7 years of its issue, or within 7 years of a material change. If your policy becomes a MEC, the following adverse tax consequences apply:

- All future distributions and loans will be treated as taxable to the extent of policy gain, subject to ordinary income and additional 10% Federal tax penalty if made prior to age 59 1/2.
- The tax law requires that all loans, loan interest capitalizations, and withdrawals taken from your policy within the 2 years prior to the lapse must also be treated as distributions of taxable gain first, subject to the 10% penalty if you were under age 59 1/2 at the time of the loan, interest capitalization, or withdrawal.
- If such loans, loan interest capitalization, and/or withdrawals occurred within 3 years of the reinstatement, and they must now be treated as taxable, we are required to report the transactions to you and the IRS on a form 1099R.
- If this situation applies to you, we urge you to speak with your tax advisor to determine whether you will need to file amended income tax returns for those years in which the transactions occurred. We will not reimburse you for the costs associated with filing amended income tax returns.

Please consult a qualified tax advisor if you have any questions regarding potential taxable consequences that may occur as a result of reinstating your life insurance policy.

**EFT Status**
Upon reinstatement, if you would like to set your policy on EFT, please complete the enclosed EFT form and return it with the reinstatement application in the envelope provided.

**Please Call If You Have Questions**
If you have any questions regarding the information in this letter, please call your representative or contact our
Customer Service Team at 800-525-9287.

Sincerely,

Customer Service
Phone: 800-525-9287
Web: www.allstate.com
Fax: 866-525-5433

LAPSELTR



# APPLICATION FOR REINSTATEMENT

☐ **Lincoln Benefit Life Company ["The Company"]**, Lincoln, NE 68501, PHONE 1-800-525-9287, FAX 1-866-525-5433
☐ **Allstate Life Insurance Company ["The Company"]**, Northbrook, IL 60062, PHONE 1-800-366-1411, FAX 1-866-525-5433
☐ **Surety Life Insurance Company, ["The Company"]**, Lincoln, NE 68501, PHONE 1-800-669-7789, FAX 1-866-525-5433

Policy No. | 0 | 1 | N | 1 | 2 | 8 | 8 | 7 | 5 | 3 | | | Primary Insured _____

I (each undersigned) request that the Company reinstate this policy. I declare that all answers written herein are full and correct to the best of my knowledge and belief. Coverage will not start again until this request is approved by the Company and all required premiums and interest are paid. I understand and agree that the contestability period will begin again from the date of approval. If this request is not approved, any amount tendered will be returned.

## HEALTH AND MEDICAL HISTORY

**Answer Questions 1 - 9 for all Proposed Insured(s) including children, and give details below.**

1. In the past 10 years (or since becoming insured under this policy, if less) has any person insured or proposed for insurance under this policy been diagnosed with, or sought or received treatment or advice for:
   a. high blood pressure, heart attack, stroke, or other disorder of heart or blood vessels?  ☐ Yes ☐ No
   b. cancer or tumor?  ☐ Yes ☐ No
   c. dependency on or addiction to alcohol or any drug?  ☐ Yes ☐ No
   d. diabetes?  ☐ Yes ☐ No
   e. epilepsy or seizures, disorder of the brain or nervous system, depression, or other mental or nervous disorder?  ☐ Yes ☐ No
   f. asthma, emphysema, sleep apnea, or any lung disorder?  ☐ Yes ☐ No
   g. any disorder of the digestive tract, liver or pancreas?  ☐ Yes ☐ No
   h. anemia or other disorder of blood or blood cells?  ☐ Yes ☐ No
   i. disorder of kidneys or reproductive organs?  ☐ Yes ☐ No
   j. arthritis or disorder of bones, skin or muscle?  ☐ Yes ☐ No

2. Other than previously disclosed, in the past 5 years, have any Proposed Insureds:
   a. had a checkup, consultation, hospitalization, illness, surgery, or medical or diagnostic test (excluding HIV)?  ☐ Yes ☐ No
   b. been advised to have a medical consultation, diagnostic test (excluding HIV), or surgery that has not been done?  ☐ Yes ☐ No

3. Are any Proposed Insureds taking any prescription medications not previously disclosed?  ☐ Yes ☐ No

4. Have any Proposed Insureds had more than one moving violation in the past 3 years or been convicted of driving under the influence or reckless driving in the past 10 years?  ☐ Yes ☐ No

5. In the past 3 years, have any Proposed Insureds:
   a. flown as a pilot or crew member of any aircraft? (If "yes" submit applicable questionnaire)  ☐ Yes ☐ No
   b. engaged in sky or scuba diving, vehicle racing, mountain or rock climbing? (If "yes" submit applicable questionnaire)  ☐ Yes ☐ No

6. Have all Proposed Insureds resided in the U.S. continuously for the last 3 years?  ☐ Yes ☐ No

7. Do any Proposed Insureds plan to spend more than 2 weeks outside the U.S. in the next year?  ☐ Yes ☐ No

### PRIMARY PROPOSED INSURED

8a. Name, Address, and Phone of Primary Physician or Medical Facility (If none, state "None")

8b. Have you visited this physician/facility in the last 5 years for any reason not already explained? (If "yes". explain below)  ☐ Yes ☐ No

8c. Height: _____ Feet _____ Inches

Weight: _____ Pounds

| 8d. Do you currently use tobacco or nicotine? ☐ Yes ☐ No | 8f. If "no" to 8d, have you ever used tobacco or nicotine? ☐ Yes ☐ No |
|---|---|
| 8e. If "yes" to 8d, what type: ☐ Cigarettes _____ per _____ | If "yes", what did you use: ☐ Cigarettes ☐ Other _____ |
| ☐ Cigars _____ per _____  ☐ Pipe | When did you quit (MM/YYYY)? _____ |
| ☐ Smokeless ☐ Nicotine gum/patch ☐ Other | |

FIC422CA                    Page 1 of 4                    (01/13)

6000205455ec9d0c8949a2b9fa6en7c700ad6c 0030100001126



**ADDITIONAL/JOINT INSURED**

9a. Name, Address, and Phone of Primary Physician or Medical Facility (If none, state "None")

---

9b. Have you visited this physician/facility in the last 5 years for any reason not already explained? (If "yes", explain below)   ☐ Yes  ☐ No

9c. Height: _____ Feet _____ Inches

Weight: _____ Pounds

| 9d. Do you currently use tobacco or nicotine? ☐ Yes ☐ No | 9f. If "no" to 9d, have you ever used tobacco or nicotine? ☐ Yes ☐ No |
|---|---|
| 9e. If "yes" to 9d, what type: ☐ Cigarettes _____ per _____ ☐ Pipe | If "yes", what did you use: ☐ Cigarettes ☐ Other _____ |
| ☐ Cigars _____ per _____ | When did you quit (MM/YYYY)? _____ |
| ☐ Smokeless ☐ Nicotine gum/patch ☐ Other _____ | |

**ADDITIONAL INFORMATION - Please list any details to Questions 1-8**

| Question Number | Proposed Insured Name | Details (name of condition, dates, how treated, current status) | Name and Address of Doctor or Medical Facility |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

FIC422CA                    Page 2 of 4                     (01/13)

## PERMIT TO OBTAIN AND DISCLOSE CERTAIN DATA

A. The Company, its reinsurers, consumer reporting agencies, and other parties acting on The Company's behalf may get data about my health, medical history, prescription medication history and related information, mode of living (except as may be related directly or indirectly to sexual orientation), avocations, finances, credit history, driving record, and any criminal record. I understand that the information obtained by use of this authorization will be used to determine eligibility for insurance and/or benefits, or for The Company to determine its obligations under the policy issued in connection with this application.

B. Any doctor, practitioner, medical or medically related facility, laboratory, Pharmacy Benefit Managers, the Veterans Administration, the Medical Information Bureau, Inc. (MIB, Inc.), viatical settlement company, employer, consumer reporting agency, creditor, government agency, insurance or reinsurance company which has such data about me may give such data to The Company and its reinsurers when this Permit or a copy of it is shown. All sources but the MIB, Inc., may give such data to agents or agencies acting on behalf of The Company. The information as provided herein pursuant to the authorization will not be redisclosed unless authorized by me or otherwise required by law. Covered entities, as defined by the Health Insurance Portability and Accountability Act of 1996, may not condition treatment, payment, enrollment, or eligibility for benefits on whether this Permit is signed.

C. Any request by The Company for medical records is on my behalf; the information must be provided within any requirements imposed by applicable statutes governing patient access to medical records.

D. Data about mental illness, alcoholism, sexually transmitted diseases, and the use of drugs is to be included.

E. The Company or its reinsurers may make a brief report about me to the MIB, Inc.

F. This Permit is good for 24 months after it is signed. **I understand that, if applicable, my electronic signature on this form operates as my original signature.**

G. The Company may obtain an investigative consumer report ("inspection report") on me. ☐ I want to be interviewed if such a report is obtained.

H. I have read this Permit and know I may request a copy of it. I may revoke this Permit by writing to The Company. I also have received the Disclosures and Notices.

---

**Substitute Form W-9 - Under penalties of perjury, I certify that:**
1. **The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me); and**
2. **I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding; and**
3. **I am a U.S. person (including U.S. resident alien).**

The Internal Revenue Service does not require your consent to any provisions of this document other than the certification required to avoid backup withholding.

Signature of Owner, if other than Insured (and title, if applicable, such as "Trustee" or "President")          SSN/TIN

Owner's E-mail Address

Signature of Joint Owner (and title, if applicable, such as "Trustee" or "President")          SSN/TIN

Joint Owner's E-mail Address

Signature of Primary Proposed Insured          SSN/TIN

Primary Proposed Insured's E-mail Address

Signature of Additional/Joint Proposed Insured          SSN/TIN

Signature of Parent/Legal Guardian (if any Insured is under Age 15)

Parent/Legal Guardian's E-mail Address

Signed at (City, State)          Date (MM/DD/YYYY)          Signature of Agent

FIC422CA          Page 3 of 4          (01/13)

DISCLOSURES AND NOTICES - Please leave with Applicant

## IMPORTANT INFORMATION REGARDING MEDICAL EXAMS

As part of the underwriting process we may ask for medical tests or exams to be completed at our expense. Common tests may include a paramedical exam, which will consist of questions about your medical history and measurements of your body including, but not limited to height, weight, blood pressure, and pulse. Blood and urine specimens are also generally collected. Undressing is not required for any of these tests. In some instances, an EKG (Electrocardiogram) may be required. An EKG is a recording of the electrical impulses in the heart. You will be asked to lay down with your shirt unbuttoned so the EKG leads can be placed on your chest.

If you have any questions about the specific tests that will be required of you, please feel free to contact your agent.

## NOTICE REGARDING THE MIB

Information regarding your insurability will be treated as confidential. I authorize The Company, or its reinsurers, to make a brief report of my personal health information to MIB. If you apply to another MIB member company for life or health insurance coverage, or a claim for benefits is submitted to such company, MIB, upon request, will supply such company with the information about you in its file.

Upon receipt of a request from you, MIB will arrange disclosure of any information in your file. Please contact MIB at 866-692-6901 (TTY 866-346-3642). If you question the accuracy of this information in MIB's file, you may contact MIB and seek a correction in accordance with the procedures set forth in the federal Fair Credit Reporting Act. The address of MIB's information office is 50 Braintree Hill Park, Suite 400, Braintree, Massachusetts 02184-8734.

The Company, or its reinsurers, may also release information from its file to other insurance companies to whom you may apply for life or health insurance, or to whom a claim for benefits may be submitted. Information for consumers about MIB may be obtained on its website at www.mib.com.

## INSURANCE INFORMATION PRACTICES

We will rely primarily on the information you give us. We may also get information from other sources, such as doctors, or other medical professionals who have treated you. In some cases, we may ask a consumer reporting agency to gather information and send us an investigative consumer report as explained in the Notice Under the Federal Fair Credit Reporting Act below. You may ask to be interviewed as part of the preparation of any such report.

In certain limited circumstances, we are allowed by law to disclose necessary items of personal information to third parties without your specific authorization. You have the right to be told about and to see and copy items of personal information about you that appear in our files, including information contained in the investigative consumer reports. You also have the right to seek correction of information you believe to be inaccurate.

We will send you a more detailed explanation of our information practices if you send us a written request. You may send your request to Underwriting Department, Allstate Life Insurance Company/Lincoln Benefit Life Company/Surety Life Insurance Company, P.O. Box 660191, Dallas, TX 75266-0191.

## NOTICE UNDER THE FAIR CREDIT REPORTING ACT

In compliance with the Federal Fair Credit Reporting Act, you are hereby notified that an investigative report may be made. This would be by personal interviews with neighbors, friends, associates, or other persons. This will concern the character, general reputation, personal characteristics, and mode of living (except as may be related to sexual orientation) of any person proposed for insurance. You may obtain additional information concerning the nature and scope of this investigation and a written summary of your rights under the Federal Fair Credit Reporting Act by contacting our Home Office. Our address is Allstate Life Insurance Company/Lincoln Benefit Life Company/Surety Life Insurance Company, P.O. Box 660191, Dallas, TX 75266-0191. Upon your written request, you will be informed whether or not an investigation was made by us. If so, you will receive the name and address of the consumer reporting agency involved. You may receive and inspect a copy of the Investigative Consumer Report by contacting the consumer reporting agency.

## NON-SUFFICIENT FUNDS (NSF) FEE

This notice is to inform you of a fee The Company may charge in the event that a life insurance policy premium payment and/or loan payment is not honored by your financial institution due to NSF. In the event there is a NSF transaction, we may charge a NSF fee up to $25.00 (fee varies by state). If your policy is on bank draft, we may draft your account for the NSF fee. If your policy is on direct bill, we may send you a paper bill for the NSF fee.

The NSF fee is separate from your policy premium payments. All policy premium payments must be made within the required time period to keep your policy in force.

FIC422CA                              Page 4 of 4                          (01/13)    

## Agreement for Electronic Fund Transfer

☐ Lincoln Benefit Life Company, P.O. Box 660191 Dallas, TX 75266-0191 LIFE FAX: 1-866-525-5433 ANNUITY FAX: 1-877-525-2689

☐ Allstate Life Insurance Company, P.O. Box 660191 Dallas, TX 75266-0191 LIFE FAX: 1-877-255-1329 ANNUITY FAX: 1-877-525-2689

I (we) authorize Allstate Life Insurance Company or Lincoln Benefit Life Company (**"The Company"**) and its other affiliates to debit my (our) account indicated to pay the premiums/payments, and other charges (such as non-sufficient funds), from the account listed on the attached documentation/voided check. In addition, I (we) have read and agree to the provisions which appear below.

This agreement is for: ☐ New  ☐ In-Force Policy(ies)/Contract(s). If for In-Force business, list policy/contract numbers to be billed from this account.

1. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]     4. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

2. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]     5. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

3. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]     6. [ ][ ][ ][ ][ ][ ][ ][ ][ ][ ][ ]

**This Agreement is effective immediately, and for new policies/contracts, the initial payment may be drafted at any time.** An alternate draft date may be selected below. For recurring payments, the draft date will be the same date the policy is issued for the applicable payment frequency. If a month does not have that day, it will be the last day of that month.

☐ I would like to use an alternate draft date _____   **(Additional premium/payment may be required)**

For Annuities: Please draft the amount of $_____ monthly

---

**FOR CHECKING ACCOUNTS, ATTACH VOIDED CHECK**

**(DEPOSIT TICKETS FOR CHECKING ACCOUNTS ARE NOT ACCEPTABLE)**

**FOR SAVINGS ACCOUNTS, ATTACH BANK DOCUMENT ACCOUNT VERIFICATION**

---

The term "debit entry" shall include charges to my (our) account by orders initiated by electronic means, checks drafts or any other order. I have the right to stop payment of a debit entry by giving notice to my Financial Institution (**"The Institution"**) in such time as to afford **The Institution** a reasonable opportunity to act prior to charging my (our) account. After my (our) account has been charged, I (we) have the right to have the amount of an erroneous debit immediately credited to such account by **The Institution** up to 15 days following issuance of statement or 45 days after posting, whichever comes first.

**The Institution's** treatment of each account debit, check, draft or other order initiated by **The Company**, and its rights with respect to it will be the same as if it were signed personally by me (us). If any such entry is dishonored for any reason, **The Institution** will not be under any liability even though dishonor results in the forfeiture of insurance.

In addition, I (we) have read, fully understand and also agree to the provisions on this form_____

Dated (MM/DD/YYYY)

Signature of Depositor _____   Signature of Joint Depositor, if any _____   Signature of Owner, if other than Depositor _____

**IT IS UNDERSTOOD THAT ALL DEBIT ENTRIES INITIATED BY THE COMPANY PURSUANT TO THIS AGREEMENT SHALL BE SUBJECT TO THE FOLLOWING PROVISIONS.**

This agreement shall not be effective until accepted by **The Company.**

**The Company** may initiate a debit entry under this Agreement that is different than the immediately preceding debit entry under this Agreement or may change the date of the billing cycle, provided **The Company** notifies me (either of us) in writing about the amount of the entry or the new date at least 10 days before initiating the entry to my (our) account or making the first entry to be affected by the new date.

**The Company** will not send premium/payment notices. Periodic statements, cancelled checks or other orders received by me (either of us) from **The Institution(s)** will be my (our) receipt.

This Agreement will end when (a) **The Company** or **The Institution** receives a written or phone request from me (either of us) to end it, or (b) when **The Company** or **The Institution** sends me (either of us) written notice within 30 days prior to **The Company's** or **The Institution's** termination of this Agreement.

This Agreement may be ended automatically by **The Company** if any debit entry has been refused by **The Institution** because of insufficient funds in my (our) account.

If the Agreement ends for any reason, and no premium/payment is unpaid beyond its grace periods, all premiums/payments due on any policy/contract covered by this agreement will become directly payable to **The Company** by me (us) until payment/premium plan is agreed to in writing.

FAA73EFT-4                    HOME OFFICE COPY                    (10/12)

Page 1 of 1



**Agreement for Electronic Fund Transfer**

☐ Lincoln Benefit Life Company, P.O. Box 660191 Dallas, TX 75266-0191 LIFE FAX: 1-866-525-5433 ANNUITY FAX: 1-877-525-2689

☐ Allstate Life Insurance Company, P.O. Box 660191 Dallas, TX 75266-0191 LIFE FAX: 1-877-255-1329 ANNUITY FAX: 1-877-525-2689

I (we) authorize Allstate Life Insurance Company or Lincoln Benefit Life Company ("The Company") and its other affiliates to debit my (our) account indicated to pay the premiums/payments, and other charges (such as non-sufficient funds), from the account listed on the attached documentation/voided check. In addition, I (we) have read and agree to the provisions which appear below.

This agreement is for: ☐ New   ☐ In-Force Policy(ies)/Contract(s). If for In-Force business, list policy/contract numbers to be billed from this account.

1. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚   4. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

2. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚   5. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

3. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚   6. ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

This Agreement is effective immediately and for new policies/contracts; the initial payment may be drafted at any time. An alternate draft date may be selected below. For recurring payments, the draft date will be the same date the policy is issued for the applicable payment frequency. If a month does not have that day, it will be the last day of that month.

☐ I would like to use an alternate draft date _____   **(Additional premium/payment may be required)**

For Annuities: Please draft the amount of $ _____ monthly

---

**FOR CHECKING ACCOUNTS, ATTACH VOIDED CHECK**

**(DEPOSIT TICKETS FOR CHECKING ACCOUNTS ARE NOT ACCEPTABLE)**


**FOR SAVINGS ACCOUNTS, ATTACH BANK DOCUMENT ACCOUNT VERIFICATION**

---

The term "debit entry" shall include charges to my (our) account by orders initiated by electronic means, checks drafts or any other order. I have the right to stop payment of a debit entry by giving notice to my Financial Institution ("The Institution") in such time as to afford The Institution a reasonable opportunity to act prior to charging my (our) account. After my (our) account has been charged, I (we) have the right to have the amount of an erroneous debit immediately credited to such account by The Institution up to 15 days following issuance of statement or 45 days after posting, whichever comes first.

The Institution's treatment of each account debit, check, draft or other order initiated by The Company, and its rights with respect to it will be the same as if it were signed personally by me (us). If any such entry is dishonored for any reason, The Institution will not be under any liability even though dishonor results in the forfeiture of insurance.

In addition, I (we) have read, fully understand and also agree to the provisions on this form _____

Dated (MM/DD/YYYY)

SIGNATURES NOT REQUIRED ON CUSTOMER COPY

Signature of Depositor          Signature of Joint Depositor, if any          Signature of Owner, if other than Depositor

**IT IS UNDERSTOOD THAT ALL DEBIT ENTRIES INITIATED BY THE COMPANY PURSUANT TO THIS AGREEMENT SHALL BE SUBJECT TO THE FOLLOWING PROVISIONS.**

This agreement shall not be effective until accepted by The Company.

The Company may initiate a debit entry under this Agreement that is different than the immediately preceding debit entry under this Agreement or may change the date of the billing cycle, provided The Company notifies me (either of us) in writing about the amount of the entry or the new date at least 10 days before initiating the entry to my (our) account or making the first entry to be affected by the new date.

The Company will not send premium/payment notices. Periodic statements, cancelled checks or other orders received by me (either of us) from The Institution(s) will be my (our) receipt.

This Agreement will end when (a) The Company or The Institution receives a written or phone request from me (either of us) to end it, or (b) when The Company or The Institution sends me (either of us) written notice within 30 days prior to The Company's or The Institution's termination of this Agreement.

This Agreement may be ended automatically by The Company if any debit entry has been refused by The Institution because of insufficient funds in my (our) account.

If the Agreement ends for any reason, and no premium/payment is unpaid beyond its grace periods, all premiums/payments due on any policy/contract covered by this agreement will become directly payable to The Company by me (us) until payment/premium plan is agreed to in writing.

FAA73EFT-4                    CUSTOMER COPY                                         (10/12)
                             Page 1 of 1



LINCOLN BENEFIT LIFE
AN ALLSTATE COMPANY

# LOAN REINSTATEMENT ELECTION FORM

Lincoln Benefit Life Company
P.O. Box 660191, Dallas, TX 75266-0191
1-800-865-5237  FAX: 1-866-525-5433

## 1. GENERAL INFORMATION - This section MUST be completed.

Policy #: ( NOTE: Only one Policy number per form please)

Date: (MM/DD/YYYY)

Telephone Number:

Insured's Name

Joint Owner's Name:

Owner's Name·

Owner's Date of Birth

Owner's SSN/TIN:

Owner's Street Address (No P.O. Boxes):

City/State/Zip:

## 2. DISCLOSURES - Please read this section

If this form Is not completed and returned with the application for reinstatement, we will take one of the following actions with your loan:

- If you are reinstating within 90 days of the date of lapse, we will reinstate your loan.
- If you are reinstating after 90 days of the date of lapse, we will not reinstate your loan.

There are rules under federal tax law that affect whether the lapse is taxable to you and, if you decide to reinstate your Policy, whether you will be able to avoid those taxes.

If your Policy lapsed with an outstanding loan, that loan, and any accrued but uncapitalized interest, is taxable to you as ordinary income to the extent they exceeded your cost basis. If your Policy was a Modified Endowment Contract (MEC) and you were under age 59 ½ at the time of the lapse, the taxable amount of the loan may also be subject to a 10% penalty. Under federal tax law, we are required to report any income triggered at the time of the lapse to you and to the IRS on an IRS Form 1099R.

Your Policy may be reinstated within the time period provided by your Policy. Your Policy also gives you the right to reinstate any loans outstanding at the time of the lapse. You should carefully consider whether you want to reinstate your Policy and, if you do, whether you want to reinstate any Policy loans. Even though you reinstate your Policy and/or your Policy loans, you may still be subject to the income taxes and penalties triggered by your Policy's lapse. There are several Federal tax rules you should keep in mind as you decide whether you should reinstate your Policy and, if you do reinstate the Policy, whether you want to reinstate any loans that existed at the time of the lapse.

- If you reinstate your Policy within 90 days of its lapse, the lapse will not be treated as a taxable event and we are not required to report the lapse to you or the IRS – even if you had an outstanding loan at the time of the lapse.

- If you reinstate your Policy after 90 days of the lapse, you will not be able to avoid any taxation triggered at the time of the lapse and we will still be required to report the lapse to you and the IRS - even if you reinstate a loan.

- If your Policy lapsed during a 7- pay period and you reinstate your Policy after 90 days of the lapse, your reinstated Policy will be a MEC. A policy is in a 7 - pay period if it is within 7 years of its issue, or within 7 years of a material change. If your policy becomes a MEC, the following adverse tax consequences apply:
  - All future distributions and loans will be treated as taxable to the extent of policy gain, subject to ordinary income tax and additional 10% federal tax penalty if made prior to age 59 ½.
  - The tax law requires that all loans, loan interest capitalizations, and withdrawals taken from your policy within the 2 years prior to the lapse must also be treated as distributions of taxable gain first, subject to the 10% penalty if you were under age 59 ½ at the time of the loan, interest capitalization, or withdrawal.
  - If such loans, loan interest capitalization, and/or withdrawals occurred within 3 years of the reinstatement, and they must now be treated as taxable, we are required to report the transactions to you and the IRS on a form 1099R.
  - If this situation applies to you, we urge you to speak with your tax advisor to determine whether you will need to file amended income tax returns for those years in which the transactions occurred. Lincoln Benefit Life Company will not reimburse you for the costs associated with filing amended income tax returns.

Please consult a qualified tax advisor if you have any questions regarding potential taxable consequences that may occur as a result of reinstating your life insurance Policy.



## 3. SIGNATURES

Please check one of the following:

☐ If you wish to reinstate your loan, check here.
☐ If you do not wish to reinstate your loan, check here.

---

**Under penalties of perjury, I certify that:**

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), and
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, and
3. I am a U.S. person (including U.S. resident alien).

---

The Internal Revenue Service does not require your consent to any provisions of this document other than the certifications required to avoid backup withholding.

**Sign Here**

| Owner's Signature | | Phone # | Date (MM/DD/YYYY) |
|---|---|---|---|
| | ☐☐☐☐☐☐☐☐ | | |

| Joint Owner's Signature | SSN or Tax ID No. | Phone # | Date (MM/DD/YYYY) |
|---|---|---|---|
| | ☐☐☐☐☐☐☐☐ | | |

| Assignee, if applicable | SSN or Tax ID No. | | Date (MM/DD/YYYY) |
|---|---|---|---|
| | ☐☐☐☐☐ | | |

| Agent Name | Agent Number | Agent Phone # | Date (MM/DD/YYYY) |
|---|---|---|---|

