# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMIES ELHOUTY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LINCONLN BENEFIT LIFE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00676 LJO JLT<br><br>ORDER TO JASON P. GOSSELIN TO SUBMIT AMENDED APPLICATION TO APPEAR PRO HAC VICE<br><br>(Doc. 8) |

On June 3, 2014, attorney Jason P. Gosselin submitted his application to appear pro hac vice for Defendant. (Doc. 8) Counsel demonstrates he is in good standing in the courts of Pennsylvania (Doc. 8 at 4) and has paid the fee for admission. However, Mr. Gosselin indicates that he *has* applied to be admitted pro hac vice in this Court within the last year. Id. at 2. Nevertheless, as to these previous pro hac vice applications, he failed to detail "the name and case number of each matter in which an application was made, the date of application and whether granted or denied." Id.

Therefore, within 10 days, Jason Gosselin SHALL file an amended application to appear pro hac vice that addresses this missing information.

IT IS SO ORDERED.

Dated: **June 4, 2014**　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1