# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMIES ELHOUTY,<br><br>               Plaintiff,<br><br>   v.<br><br>LINCOLN BENEFIT LIFE COMPANY, et al.,<br><br>               Defendants. | Case No.: 1:14-cv-00676 LJO JLT<br><br>ORDER GRANTING STIPULATION TO AMEND SCHEDULING ORDER<br><br>(Doc. 24) |

On January 8, 2015, the Court granted Plaintiff's substitution of counsel which replaced her prior attorney with her current one. (Doc. 23) By this date, substantial discovery efforts had been completed. (Doc. 18) Plaintiff had propounded special interrogatories, a request for production of documents and a request for admissions. Id. at 2. Plaintiff was intending to notice a PMK deposition to be completed by mid-January, though it is unclear whether this occurred. Id. Also, Defendant was planning to take Plaintiff's deposition in early December 2014 though, again, the Court is not certain whether this was deferred due to the change in counsel. Id.

Currently before the Court is the stipulation of counsel to amend the scheduling order to extend non-expert discovery to May 4, 2015. (Doc. 24 at 2) The stipulation indicates that new counsel need additional time "given the significant volume of the existing file, and the extent to which the parties have participated in the ongoing litigation" to apprise themselves of the status of the matter and to determine what additional discovery, if any, is needed. Id.

1

Notably, the expert discovery deadline is May 8, 2014—presumably, counsel is aware of the other deadlines given the fact they attached a copy of the scheduling order to their stipulation.[1]  (Doc. 16 at 3)  However, the stipulation does not seek an extension of this deadline or any other set forth in the scheduling order.

Thus, because counsel have demonstrated good cause to amend the case schedule and because they have, apparently, committed to complying with all of the deadlines set forth in the scheduling order, other than the non-expert discovery deadline, such to preserve the dispositive motion, the pretrial conference and trial dates, the Court **GRANTS** the stipulation.  The scheduling order is amended to extend the non-expert discovery deadline to **May 4, 2015**.

IT IS SO ORDERED.

Dated:   **January 28, 2015**                    **/s/ Jennifer L. Thurston**
                                                 UNITED STATES MAGISTRATE JUDGE

---

[1] This means, of course, that expert discovery will run concurrently with the remaining non-expert discovery period.

2