DAVID P. BEITCHMAN (SBN 198953)
dbeitchman@bzlegal.com
SHANI KOCHAV (SBN 273454)
skochav@bzlegal.com
**BEITCHMAN & ZEKIAN, P.C.**
16130 VENTURA BLVD., SUITE 570
ENCINO, CALIFORNIA 91436
TELEPHONE: (818) 986-9100
FACSIMILE:   (818) 986-9119

*Attorneys for Plaintiff,*
KAMIES ELHOUTY

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMIES ELHOUTY,<br><br>                    Plaintiff,<br>     vs.<br><br>LINCOLN BENEFIT LIFE COMPANY, a Nebraska corporation, and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 1:14-cv-00676-LJO-JLT<br><br>**STIPULATION TO ALLOW RULE 30(B)(6) DEPOSITION OF LINCOLN BENEFIT LIFE COMPANY**<br><br><br>Action Filed:   March 25, 2014<br>Trial Date:      December 15, 2015 |

- 1 -
STIPULATION  TO ALLOW RULE 30(B)(6) DEPOSITION OF LINCOLN BENEFIT LIFE COMPANY

## STIPULATION

Pursuant to Local Rule 144(a) and Federal Rule of Civil Procedure 29, Plaintiff KAMIES ELHOUTY ("Plaintiff") and Defendant LINCOLN BENEFIT LIFE COMPANY ("Lincoln Benefit"), by and through their respective counsel, hereby stipulate as follows:

WHEREAS, this action was filed on March 25, 2014 and removed to the United States District Court for the Eastern District of California on May 7, 2014.  On August January 28, 2014, the Court entered a Stipulation extending the non-expert discovery deadline to May 4, 2015 (D.E. 25);

WHEREAS, on April 7, 2015 Plaintiff issued a deposition notice pursuant to Federal Rule of Civil Procedure 30(b)(6), seeking to take the deposition of one or more corporate representatives of Lincoln Benefit;

WHEREAS, pending the Court's approval, the parties have agreed to take the deposition on August 6, 2015, which is outside the period ordered by the Court to conduct non-expert discovery;

NOW THEREFORE, pursuant to Local Rule 144(a) and Federal Rule of Civil Procedure 29, Plaintiff and Lincoln Benefit stipulate that the Court allow Plaintiff to conduct the Rule 30(b)(6) deposition of Lincoln Benefit on August 6, 2015.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

IT IS SO STIPULATED.

DATED: July 7, 2015          BEITCHMAN & ZEKIAN, P.C.


By /s/ David Beitchman
David P. Beitchman, Esq.
Attorney for Plaintiff

DATED: July 7, 2015          DRINKER BIDDLE & REATH, LLP


By /s/ Katherine Villanueva
Katherine L. Villanueva, Esq.
Attorney for Defendant

## ORDER

The stipulation of counsel is **GRANTED**.  **Absolutely no other modification to the scheduling order is authorized.**

IT IS SO ORDERED.

Dated:   **July 9, 2015**              /s/ Jennifer L. Thurston
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO ALLOW RULE 30(B)(6) DEPOSITION OF LINCOLN BENEFIT LIFE COMPANY