## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                  **JUDGMENT IN A CIVIL CASE**

**KAMIES ELHOUTY,**

                                  CASE NO: **1:14–CV–00676–LJO–JLT**

        v.

**LINCOLN BENEFIT LIFE COMPANY,**

---

**XX** –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

        **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/6/2015**

                                        **Marianne Matherly**
                                        Clerk of Court

    ENTERED:  **August 6, 2015**

                              by: /s/ C. Marrujo
                                    Deputy Clerk